IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REGINALD V. GILES,<br><br>    Petitioner,<br><br>v.<br><br>RICHARD KEARNEY,<br>Warden, and<br>M. JANE BRADY, Attorney<br>General of the State<br>of Delaware,<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-70-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AEDPA ELECTION FORM**

1. __X__      I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____      I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____      I wish to withdraw my § 2254 petition

        without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). <u>See</u> <u>Swartz v. Meyers</u>, 204 F.3d 417 (3d Cir. 2000).

4. _____ I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

*[Signature]* Reginald _____   2/23/05
Petitioner

4