FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 MAR 10 PM 3:27

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WARDEN RICK KEARNEY
SUSSEX CORRECTIONAL INSTITUTE
P.O. BOX 500
GEORGETOWN, DE 19947

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  R. Minich
B. Date of Delivery  3/9/05
C. Signature  X C/sk   ☐ Agent  ☐ Address
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
   7002 2030 0003 0326 7454

PS Form 3811, July 1999   Domestic Return Receipt   102595-

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box •

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 MAR 10 PM 2:47

PETER T. DALLEO, CLERK
UNITED STATES DISTRICT COURT
844 KING STREET, LOCKBOX 18
WILMINGTON, DE 19801

CA 05-70 KAJ

19801/3518

