CA 05-70 KAJ

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    LOREN MEYERS
    DEPUTY ATTORNEY GENERAL
    DEPARTMENT OF JUSTICE
    820 N. FRENCH STREET
    WILMINGTON, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X Koll Ve___     ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   MAR 10 2005  WILMINGTON / RODNEY SQ

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7002 2030 0003 0326 7447

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

PETER T. DALLEO, CLERK
UNITED STATES DISTRICT COURT
844 KING STREET, LOCKBOX 18
WILMINGTON, DE 19801

CLERK, U.S. DISTRICT COURT DISTRICT OF DELAWARE
MAR 11 3 39 PM '05
FILED

CA 05-70 KAJ

