## CERTIFICATION OF SERVICE

The undersigned certifies that on April 22, 2005, he electronically filed the attached *Answer* with the Clerk of Court using CM/ECF. The undersigned further certifies that on April 22, 2005 that he mailed by United State Postal Service the document(s) to the following non-registered participant:

Reginald V. Giles
SBI No. 00393901
Sussex Correctional Institution
P.O. Box 500
Georgetown, Delaware 19947

 

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/_____
Gregory E. Smith, ID # 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398