## CERTIFICATION OF SERVICE

The undersigned certifies that on April 22, 2005, he electronically filed the attached *Motion for Extension of Time to File State Records* with the Clerk of Court using CM/ECF. The undersigned further certifies that on April 22, 2005 that he mailed by United State Postal Service the document(s) to the following non-registered participant:

Reginald V. Giles
SBI No. 00393901
Sussex Correctional Institution
P.O. Box 500
Georgetown, Delaware 19947

                                                            STATE OF DELAWARE
                                                            DEPARTMENT OF JUSTICE

                                                            /s/_____
                                                            Gregory E. Smith, ID # 3869
                                                            Deputy Attorney General
                                                            820 North French Street, 7th Floor
                                                            Carvel State Building
                                                            Wilmington, Delaware 19801
                                                            (302) 577-8398