IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REGINALD GILES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   C.A.No. 05-70-KAJ |
| | ) |
| RICHARD KEARNEY, | ) |
| | ) |
| Respondent. | ) |

NOTICE OF FILING OF STATE COURT RECORDS

Respondent hereby submits certified copies of the following Delaware Supreme Court records:

a. Appellant's opening brief and appendix, filed January 10, 2003, *Giles v. State*, No. 565, 2002.

b. State's answering brief and appendix, filed February 4, 2003, *Giles v. State*, No. 565, 2002.

c. Order, dated April 24, 2004, *Giles v. State*, No. 565, 2002.

d. Appellant's opening brief, filed December 8, 2004, *Giles v. State*, No. 544, 2004.

e. State's motion to affirm, filed December 30, 2004, *Giles v. State*, No. 544, 2004.

f. Order, dated January 21, 2005, *Giles v. State*, No. 544, 2004.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/_____
Gregory E. Smith, I.D. No. 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801

Dated: May 2, 2005                                     (302) 577-8398