## CERTIFICATION OF SERVICE

The undersigned certifies that on May 2, 2005, he electronically filed the attached *Notice of Filing of State Court Records* with the Clerk of Court using CM/ECF. The undersigned certifies that he manually filed the above-listed documents with the Clerk of the Court. The undersigned further certifies that on May 2, 2005 that he mailed by United State Postal Service the document(s) to the following non-registered participant:

Reginald V. Giles
SBI No. 00393901
Sussex Correctional Institution
P.O. Box 500
Georgetown, Delaware 19947

                                      STATE OF DELAWARE
                                      DEPARTMENT OF JUSTICE

                                      /s/_____
                                      Gregory E. Smith, ID # 3869
                                      Deputy Attorney General
                                      820 North French Street, 7th Floor
                                      Carvel State Building
                                      Wilmington, Delaware 19801
                                      (302) 577-8398