IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REGINALD GILES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ. A. No. 05-70-KAJ |
| ) | |
| RICHARD KEARNEY, Warden, and ) | |
| CARL C. DANBERG, Attorney General ) | |
| of the State of Delaware, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

For the reasons set forth in the Memorandum Opinion issued in this action today,

IT IS HEREBY ORDERED that:

1. Reginald Giles's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED (D.I. 1), and

2. A certificate of appealability will not be issued. *See* 28 U.S.C. § 2253(c)(2).

UNITED STATES DISTRICT JUDGE

July 20, 2006
Wilmington, Delaware