DLD-159                                                               March 15, 2007

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. **06-3951**

REGINALD V. GILES

v.

WARDEN RICHARD KEARNEY, ET AL.

(D. Del. Civ. No. 05-cv-00070)

Present:    BARRY, AMBRO and FISHER, <u>Circuit</u> <u>Judges</u>

Submitted is appellant's notice of appeal, which may be construed as a request for a certificate of appealability under 28 U.S.C. § 2253(c)(1) in the above-captioned case.

                                                    Respectfully,

                                                    Clerk

MMW/CJG/clc

_____ **O R D E R** _____

The foregoing request for a certificate of appealability is denied. For essentially the reasons set forth in the District Court's Memorandum Opinion, we find that the appellant has not made a substantial showing of the denial of a constitutional right with respect to his claim that counsel rendered ineffective assistance. See 28 U.S.C. § 2253(c)(2); <u>Strickland v. Washington</u>, 466 U.S. 668 (1984). Additionally, the District Court correctly concluded that appellant's Fourth Amendment claims are not cognizable in a habeas corpus proceeding given the fact that the state courts provided him with a full and fair opportunity to litigate those claims. See <u>Stone v. Powell</u>, 428 U.S. 465 (1976).

                                                    By the Court,

                                                    /s/ Thomas L. Ambro
                                                    Circuit Judge

Dated: April 16, 2007
CLC\cc: Mr. Reginald V. Giles                Gregory E. Smith, Esq.

A True Copy:

Marcia M. Waldron, Clerk